IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01841-LTB-BNB

SHANNON BASTEDENBECK,

Plaintiff,

v.

ARISTEDES W. ZAVARAS,
GARY GOLDER,
LARRY REID,
JAMES E. ABBOTT,
KENNETH MARTINEZ, and
JOHN O'ROURKE,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Personal Service as to Defendant Kenneth Martinez** [docket no. 14, filed January 6, 2009] (the "Motion").

IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED: January 13, 2009