**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-01841-LTB-BNB

SHANNON BASTEDENBECK,
        Plaintiff,

v.

ARISTEDESS W. ZAVARAS,
GARY GOLDER,
LARRY REID,
JAMES E. ABBOTT,
KENNETH MARTINEZ,
JOHN O'ROURKE,
        Defendants.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on August 14, 2009 (Doc 32).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and the Partial Motion to Dismiss from Defendants Zavaras, Golder, Reid, Abbott, and O'Rourke (Doc 12) is GRANTED and the claims against the Defendants in their official capacities are DISMISSED WITHOUT PREJUDICE.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   September 8, 2009