IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01841-LTB-BNB

SHANNON BASTEDENBECK,

Plaintiff,

v.

ARISTEDES W. ZAVARAS,
GARY GOLDER,
LARRY REID,
KENNETH MARTINEZ, and
JAMES E. ABBOTT,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants Zavares, Jones, Golder, Reid, Abbott and O'Rourke's Unopposed Motion for Order Allowing Inmate Deposition** [docket no. 53, filed February 3, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants are permitted to take the deposition of plaintiff Shannon Basterdenbeck on **March 9, 2010, at 9:00 a.m.**, at Denver Women's Correctional Facility.

DATED: February 4, 2010