IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01841-LTB-BNB

SHANNON BASTEDENBECK,

Plaintiff,

v.

ARISTEDES W. ZAVARAS,
GARY GOLDER,
LARRY REID,
KENNETH MARTINEZ, and
JAMES E. ABBOTT,

Defendant.

_____

**ORDER**
_____

This matter is before the Court on the **Motion to Supplement the Scheduling Order to Include Defendant Ken Martinez's Portion** [Doc. No.80, filed September 3, 2010] (the "Motion").

IT IS ORDERED that plaintiff shall respond to the Motion on or before **September 20, 2010**. No reply will be accepted without leave of court.

Dated September 9, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge