IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-01841-LTB-BNB

SHANNON BASTEDENBECK,

    Plaintiff,

v.

KENNETH MARTINEZ,

    Defendant.

_____

ORDER
_____

For the reasons stated on the record during the February 2, 2011 status/scheduling hearing, it is HEREBY ORDERED THAT:

1. Defendant, Kenneth Martinez, has confessed liability in this case and, as a result, the only issue remaining for trial is damages; and

2. In light of the change in status of this case, the Final Pretrial Order dated August 19, 2010 [Doc #77] is no longer applicable; and

3. A Final Pretrial Conference, pursuant to Fed. R. Civ. P. 16, is set for **Friday, April 11, 2011 at 9:30 am** in Courtroom C401, Bryon G. Rogers United States Courthouse, 1929 Stout Street, Denver Colorado.  **On or before April 6, 2011**, the parties shall file a Joint Proposed Final Pretrial Order in anticipation of the Final Pretrial Conference.

Dated:  February   2  , 2011 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK,  JUDGE