IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01841-LTB-BNB

SHANNON BASTEDENBECK,

        Plaintiff,
v.

KENNETH MARTINEZ,

        Defendant.

_____

ORDER
_____

THIS MATTER is before the Court on Defendant's Suggestion of Bankruptcy (Docs 109 and 113) and the Minute Order giving the parties up to and including March 16, 2011 to show cause why this case should not be retired administratively from the active docket (Doc 111). To date, no response has been filed to the Minute Order and upon review of the file, it is therefore

ORDERED that this case is deemed **CLOSED** subject to being reopened upon motion of any party for good cause shown. The pretrial conference set **April 8, 2011 is VACATED**.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE

DATED: March 30, 2011